UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

Heather Kerr, DVM aka Heather K. Fuller aka Heather Kerr,

        Defendant(s).
_____/

SUMMONS IN A CIVIL ACTION

Case Number: C 12 5507 MAG

TO: (Name and Address of Defendant)

    Heather Kerr, DVM aka
    Heather K. Fuller aka Heather Kerr
    4180 Bodega Ave.
    Petaluma, CA 94952

YOU ARE HEREBY SUMMONED and required to file with the CLERK OF COURT, United States District Court, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

You must also serve your answer upon

PLAINTIFF'S ATTORNEY, MICHAEL COSENTINO, State Bar No. 83253, Attorney at Law, P.O. Box 129, Alameda, CA 94501 (510) 523-4702

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

RICHARD W. WIEKING  
CLERK

10-24-12  
DATE

_____  
BY DEPUTY CLERK